# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-1820
_____

SANTA ROSA PROFESSIONAL
EDUCATORS,

    Appellant,

    v.

CAROL POTEREK, MELANIE
PETERS, and CATHERINE
WILSON,

    Appellees.

_____

On appeal from a Final Order of the Public Employees Relations Commission.
Donna Poole, Chairperson.

April 30, 2018

PER CURIAM.

    AFFIRMED.

ROBERTS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Archibald J. Thomas, III, of the Law Offices of Archibald J. Thomas, III, P.A., Jacksonville, for Appellant.

Peter Caldwell and Maria Kazouris of the Florida Education Association, Tallahassee, for Appellees.